# **EXHIBIT B**



The red-velvet world of Sweet Cicely Daniher's Vanicorn.



# LOOKER
Staring down city style.

The Design Scout

SUMMER 2017

WHEELS

## Vantastic Ride
**Four Bay Area women who prefer their automobiles big, boxy, and painted with flames.**
BY ANDY WRIGHT

Twenty years ago, Beth Allen and her band were driving across the Texas border in her 1981 Dodge conversion van when the brakes gave out. A runaway van would be a Border Patrol magnet no matter what, but this one was also painted purple with flame details. "We just kept rolling, and they're yelling at us, 'Stop! Stop!' and my bandmate who was driving is yelling, 'I'm hitting the brakes, I'm hitting the brakes!'" Allen says. It wasn't the van's last mishap, nor did it mar her eternal affection for it. "That van, oh," she says, "that was my baby."

Allen's Dodge, acquired in 1993, launched a love affair with van society—a multifaceted customization-obsessed community whose aesthetics run the gamut from funky 1970s nostalgia to tiny-house quaint. As a woman, Allen is a minority in the dude-heavy scene, but there are dozens of female vanners in the Bay Area and hundreds nationwide who network through online groups and swap advice on how to outfit their rigs. Allen—who gave the Dodge its fiery purple paint job—considers herself a "junkyard Martha Stewart."

Ashley Lakics, founder of the van group

PHOTOGRAPHS BY **CHRISTIE HEMM KLOK**

Some people look askance at her van-dependent lifestyle, she says, but they don't appreciate the skills she's acquired, such as learning to install solar.

"I feel I can call myself pretty handy now after a year and a half of building out a van," she says. Her future plans include building U-shaped bench seating with a pop-out table for entertaining—proof of the lengths to which vanners will go to personalize their rides. ■



had repainted cherry red, to weed [...] installed [...]. The hard part was doing the ceiling," she says, "because I had to lay on my back and just do panels of black shag carpet." Allen, who chronicles her obsession and interviews fellow women vanners on her website *Don't Come Knockin'* [rockinvan.com], takes her van on "runs" [van gatherings] and camping trips and recently got a trailer to haul her dirt bikes. At stationary events, such as hanging out in a concert parking lot, she estimates that she's had over a dozen people inside at once. "It's kind of like a mullet haircut," she says. "It's business in the front, party in the back."



**Left:** A winged dashboard totem.
**Below:** Daniher says her unicorn, painted by Oakland artist De Andre, is "heroic."

**From top:** Skulls adorn Beth Allen's door locks; the van is outfitted with a bed and a fuzzy Kiss blanket for overnight trips.

### Sweet Cicely Daniher, Richmond
**1972 CHEVY G10**

Sweet Cicely Daniher was going through a divorce when her ex handed over the keys to a recently acquired van. "I immediately got a unicorn painted on the outside," she says. It was a defiant move—she felt like her ex was trying to elbow her out of Oakland, where she lived at the time. Instead he could watch her drive a van emblazoned with a massive unicorn all over town.

She started cruising on weekend trips, partying, meeting people. "It was my redemption-mobile," she says. Not that owning a van is simple: "They leak, they get rust, it's just a big box," she says. But Daniher, a tattoo artist, is "a sucker for aesthetics" and loves '70s design. She had the van pin-striped, sourced vintage wheels, and got "VNIC♥RN" vanity plates. Driving around or stopped at a light, it's not unusual for her to get a thumbs-up or see a thrilled little girl. She often pulls over so they can pose for a photo. "It's funny if I'm in a bad mood and I'm driving," she says, laughing. "Because then I look and it's like, 'Oh right, the fucking unicorn.'"



TWO WOR[LDS]
ONE MACA[LLAN]

DOUBLE CASK
12 YEARS OLD

Traditional sherry-seasoned [...]
both sides of the Atlantic. [...]
new, unmistakable America[n...]

© 2016 THE MACALLAN DISTILLERS LIM[ITED]



Sweet Cicely Daniher gives a new meaning to horsepower in her unicorned-out 1972 Chevy G10 van. Check out the rest of the ladies on the vanguard of van life on page 42.

42





### All Hands on Deck

The offices of *San Francisco* lit up when we found out that Ali Wong, the locally born comic virtuoso behind *Baby Cobra*, had agreed to pose for our annual "Best of San Francisco" cover. So when it came time for the photo shoot, design director Clark Miller and photo editor Karen Williams went all out. In total, the three-and-a-half-hour shoot, which took place in Los Angeles, involved a team of 10 (including stylist Diane Lin, at left, and makeup artist Mai Quynh, right), six different backgrounds, three outfit changes, two hairstyles, six umbrellas, an inflatable banana, flowers, fake grass, a toy Golden Gate Bridge, balloons, bedsheets, and a lawn chair.



### Better Than Coffee

For this month's Affinities shoot (page 168), photographer Anastasiia Sapon and photo editor Karen Williams (above, upright) highlighted revelers from Daybreaker SF, a sober, early-morning rave. True to form, the shoot took place at 6 a.m. Despite the hour, "everyone was full of life, love, and energy," Williams says—Erin McIntosh (above, upside down) especially so. After the shoot, everyone headed down to the party, where they danced up a storm. Then they all went to work.

CLOCKWISE FROM TOP: CHRISTIE HEMM KLOK; ANASTASIIA SAPON; JON STEINBERG

Stop in to see our exclusive accessories, including one of a kinds found only in our stores.
685 Seventh Street, San Francisco
roomandboard.com

Roo