# **EXHIBIT C**


## Fw: Your Amazing Vanicorn!! - rental!?

From: sweet cicely daniher XXXXXXXXXXXXXXXXXXXXX

To: conor@jccesq.com XXXXXXXXXXXXXXXXXXXX

Date: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXX
XXXXXXX

*Sweet Cicely Daniher*
Cyclops Tattoo
513 Valencia St. # 2
San Francisco, CA. 94110
——————————————————
XXXXXXXXXXXXXXXXXXXX
——————————————————
www.cyclopstattoo.com

----- Forwarded Message -----
**From:** sweet cicely daniher <XXXXXXXXXXXXXXXXXXXXXXX
**To:** Jane Clausen XXXXXXX@pixar.com>
**Sent:** Thursday, September 6, 2018, 5:31:16 PM PDT
**Subject:** Re: Your Amazing Vanicorn!! - rental!?

Jane- That all sounds just fine. I can do the adjusted drop off/ pick up times. I work sat, so I will be able to be grab it at noon, or later- like 4 or 5.
Thanks!
Cicely

Sent from my iPhone

On Sep 6, 2018, at 4:55 PM, Jane Clausen XXXXXXX@pixar.com> wrote:

> Thank you for sending all of the pictures, they are definitely super helpful.
>
> We'd love to be able to leave the side doors open and have a mannequin inside and some random posters lightly tacked up, as long as that sounds ok to you.

I will likely be the one to meet you when you get here. I will forward arrival instructions.

Thinking about timing– would you be willing to shift to drop off on Thursday morning and then pick-up later on Saturday? The event is going later than I thought and want to have adequate time to remove props and stuff on Saturday before pick-up.

We should have a contract for you soon. Our team is working on it!

Thank you!
Jane

On Wed, Sep 5, 2018 at 2:19 PM sweet cicely daniher <XXXXXXXXXXXXXXXXXX> wrote:
> Jane-
> Ok perfect- you can let me know whom I should contact on that day when I arrive. There's just a couple details I'd like to share with someone if person ideally- door specifics mainly.
> image1.jpeg
> image2.jpeg
> image3.jpeg
> image4.jpeg
> image5.jpeg
> Sent from my iPhone
>
> On Sep 5, 2018, at 12:40 PM, Jane Clausen <XXXXXXXX@pixar.com> wrote:
>
>> Thank you! Noon and Noon is good!
>>
>> And actually, don't worry about wash/detail. We don't mind it a bit grungy, that's actually a welcome feature for what we're going for. Treat yourself to that afterwards! :-)
>>
>>
>> On Wed, Sep 5, 2018 at 12:35 PM sweet cicely daniher <XXXXXXXXXXXXXXXXXXXXXX> wrote:
>>> Jane-
>>>  I can make a noon pickup work for sure on Saturday, I'm flexible Wednesday, but we could just say noon, unless earlier is better for you.
>>>  The license plate is VNICRN.



 Case 5:20-cv-00612-NC   Document 1-3   Filed 01/27/20   Page 4 of 15


Im sending photos today, but I'll wash and detail the van before I drop it off.
Thanks,
Cicely

*Sweet Cicely Daniher*
Cyclops Tattoo
513 Valencia St. # 2
San Francisco, CA. 94110

www.cyclopstattoo.com

On Wednesday, September 5, 2018 11:58 AM, Jane Clausen <XXXXXX@pixar.com> wrote:

So excellent! Thank you. Can you give me the license plate or Vin #? And your address and phone for the contract?

Timing for drop-off and pick-up is flexible on our end as were here all day. Saturday, we'd just want enough time to remove all that we added.... So maybe noon ? But we can also nail down timing closer to the day of if that's helpful.

Thank you!
Jane

On Wed, Sep 5, 2018 at 11:45 AM sweet cicely daniher <XXXXXXXXXXXXXXXXXXXXXXX> wrote:
> Jane- That sounds great. I do not have a contract, so you'll definitely have to provide that! I'll get the photos to you later today.XXXXXXXXXXXXXXXXXXXX
>  Non damaging decorations would be totally fine. The mural is on one side.
>  I can drop it off and pick it up- what time works for you?
> Thanks!
>
> *Sweet Cicely Daniher*
> Cyclops Tattoo
> 513 Valencia St. # 2

San Francisco, CA. 94110

XXXXXXXXXXXXX
XXXXXXXXXXXXXXX

www.cyclopstattoo.com

On Wednesday, September 5, 2018 9:58 AM, Jane Clausen XXXXXXXX@pixar.com> wrote:

Thank you!! We'd love to see the back, front and interior. Is it painted on both sides? Are we able to do any (non-permanent, non-damaging) decoration to the inside and outside? Think hanging a fake spare tire on the back, some rope and tape on the fenders and bobble heads on the dash.

I imagine you don't have a contract you'd want us to sign, but I can have our legal team draw up a standard agreement that we'd be responsible for damage once you drop it off/before pick up.

Would you be willing to drop-off on Wednesday, Sept 12 and pick up on Saturday, Sept 15? Address is 1200 Park Ave, Emeryville. Would XXXXXX be agreeable for that time XXXXXXXXXXXXXXXX

I am too excited about this!
Jane

On Wed, Sep 5, 2018 at 9:14 AM sweet cicely daniher XXXXXXXXXXXXXXXXXXXXXXXX wrote:
> Jane- Great! The dates sound doable, and the event sounds low impact- haha. I can deliver, no problem. Let me know the angles you'd like, and I'll send some photos your way!
> Thanks!
> Sweet Cicely
>
> Sent from my iPhone
>
> On Sep 4, 2018, at 11:12 PM, Jane Clausen XXXXXXXX@pixar.com> wrote:
>
>> Oh, Sweet Cicely, thank you for getting back to me! The event is a one day music festival/activity day for Pixar employees and families. Your van would just be a show

piece and not used in any way other than a visual prop. Totally understand about being careful, we will definitely take great care!

The dates are pretty specific: Our event is Friday, Sept 14. Does that work? We'd potentially be looking at getting it the day before and then returning the day after. Would you be willing to deliver?

Are you able to send me some additional photos of the van? We've only seen the side, which just blew us away!

Let me look into that pricing and contract with our legal department. We are used to more XXXXXXXXXXX
XXXXXXXXXXX but I see this is definitely more specialized.
XXXXXXXXXXX

Thank you so!
Jane


On Tue, Sep 4, 2018 at 5:37 PM sweet cicely daniher <XXXXXXXXXXXXXXXXXXXXXXXX> wrote:
> Hey! That's awesome! I HAVE been asked before for rental- but it never came to fruition. XXXXXXXXXXX
>  I would ask XXXXXXXX as well as a contract stating any damage, if it were to happen would be compensated for. It is an older vehicle and needs to be handled with kid gloves! Let me know what you think, and some more specifics about your event.
> Thanks so much!
> Sweet Cicely
>
> Sent from my iPhone
>
> > On Sep 4, 2018, at 4:13 PM, Jane Clausen <XXXXXXXX@pixar.com> wrote:
> >
> > Sweet Cicely,
> >
> > We just stumbled upon a badass photo of you and your amazing van in San Francisco Mag and shrieked with joy... I'm working on an event over here at Pixar Animation Studio next week, and was wondering if you'd be willing to rent us your Vanicorn for a couple of days. I have no idea if you get inquiries like this ever, but it is incredibly perfect for the theme of the event we're working with–kind of a fantasy/rocker

 
sort of thing.
>
> Would you let me know if you're open to this? Of course, it would be in good hands—we would make it worth your while, take exquisite care of it and provide alternate transportation for you.
>
> Thank you so very much,
> Jane
>
> Production Office Manager
> Pixar Animation Company
> XXXXXXXXXX mobile
> XXXXXXXXXX office

# Fw: Your Amazing Vanicorn!! - rental!?

From: sweet cicely daniher [redacted]

To: [redacted] conor@jccesq.com

Date: [redacted]

*Sweet Cicely Daniher*
Cyclops Tattoo
513 Valencia St. # 2
San Francisco, CA. 94110
-----------------------------------------
[redacted]
-----------------------------------------
www.cyclopstattoo.com

----- Forwarded Message -----
**From:** Jane Clausen [redacted]@pixar.com>
**To:** sweet cicely daniher [redacted] Molly Wittenstein [redacted]@pixar.com>
**Sent:** Wednesday, September 12, 2018, 6:01:37 PM PDT
**Subject:** Re: Your Amazing Vanicorn!! - rental!?

Awesome. You should have gotten lots of things via DocuSign, so let us know if you have any questions.

Yes, noon tomorrow is great and 4pm on Saturday is also great.

For tomorrow: let me know when you're on your way and have an eta. Text is great: [redacted] The gate we'll have you come in is off of Hollis Street, between 45th and Park Ave. (GPS to 4225 Hollis St, Emeryville, CA 94608 which is right across the street) I will come meet you there. Call if you have any questions at all.

Thank you!
Jane

On Wed, Sep 12, 2018 at 10:11 AM sweet cicely daniher [redacted] wrote:

> Jane- That all looks great to me! We mentioned noon Thur for drop off. Is it possible to do 4ish sat for pickup?
> Thanks!

</->


Cicely

Sent from my iPhone

> On Sep 11, 2018, at 6:16 PM, Jane Clausen <XXXXXXXX@pixar.com> wrote:
>
> Sweet Cicely,
>
> Here's the rental agreement that our legal department has for you to review – if you're good with this then I will give them your email address so you can sign it online with a little website we use called DocuSign. Let me know if you have any questions at all!
>
> We're so excited.
>
> Thank you,
> Jane
>
> <Pixar - VEHICLE LEASE AGREEMENT.pdf>


## Fw: Pixar Vendor Set Up

From: sweet cicely daniher
To: conor@jccesq.com
Date:

*Sweet Cicely Daniher*
Cyclops Tattoo
513 Valencia St. # 2
San Francisco, CA. 94110

---

---

www.cyclopstattoo.com

----- Forwarded Message -----
**From:** Kacy Naylor via DocuSign <dse@docusign.net>
**To:** sweet c daniher
**Sent:** Wednesday, September 12, 2018, 3:59:10 PM PDT
**Subject:** Pixar Vendor Set Up

Please complete and sign your document

| From: | Kacy Naylor (@pixar.com)<br>Pixar Powerform Acct. |

Hello sweet c daniher,

In an effort to make the Vendor set up a quick and simple process, the required forms are provided to you electronically.

1. Click the "View Documents" link below to begin the process. This system will help you navigate the documents prompting you to complete all the required fields.

2. Follow the yellow buttons and prompts on the left side of the screen. For example, the yellow "Next" button will move the cursor to the next required field. There is logic built into the documents so entering data or responding to questions may determine what fields are required at later points in the document. When all the required fields are complete, you will be asked to 'electronically' sign the documents.

3. Once done click the 'Finish' button and the documents will be sent to the appropriate resources to complete the set up.

If you have any questions please contact Kacy Naylor at @pixar.com.

View Documents

Alternately, you can access these documents by visiting docusign.com, clicking the "Access Documents" link, and using this security code:

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

DocuSign. The fastest way to get a signature.®

This message was sent to you by Kacy Naylor who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Case 5:20-cv-00612-NC   Document 13   Filed 01/27/20   Page 12 of 15


## Fw: Pixar Van Rental: Paying You!

From: sweet cicely daniher ＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸ

To: ＸＸＸＸＸＸＸＸＸＸＸＸ@ＸＸＸＸＸＸＸＸ conor@jccesq.com

Date: ＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸxxxxx

*Sweet Cicely Daniher*
Cyclops Tattoo
513 Valencia St. # 2
San Francisco, CA. 94110
------------------------------------------
ＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸxxx
ＸＸＸＸＸＸＸＸＸＸＸＸＸＸＸ
------------------------------------------

www.cyclopstattoo.com

----- Forwarded Message -----
**From:** sweet cicely daniher ＸＸＸＸＸＸＸＸＸＸ@ＸＸＸＸＸＸＸＸＸＸ
**To:** Jane ClausenＸＸＸＸＸＸＸ@pixar.com>
**Sent:** Friday, September 21, 2018, 12:33:54 PM PDT
**Subject:** Re: Pixar Van Rental: Paying You!

Jane! Here's a revised version of the invoice.
Thanks so much!


Sent from my iPhone

On Sep 20, 2018, at 4:25 PM, Jane Clausen ＸＸＸＸＸＸＸ@pixar.com> wrote:

> Thank you!
> Although, invoice says hours, not days ;-) Are you able to switch and I can submit it?
>
> And thanks for info about the mattress. I'll see what they decide.


Thanks!!
Jane

On Thu, Sep 20, 2018 at 10:30 AM sweet cicely daniher xxxxxxxxxxxxxxxxxxxxxxxx wrote:
> Jane!
>  Hello! I've attached an invoice, let me know if I've missed anything.
>
>   As far as the Monday filming, the mattress is removable, the frame is built in. Removing the mattress would allow a bit more headroom, so it might work. I would happily arrive without the mattress if you'd like.
> Thanks so much!
> Cicely
>
> *Sweet Cicely Daniher*
> Cyclops Tattoo
> 513 Valencia St. # 2
> San Francisco, CA. 94110
> ------------------------
> xxxxxxxxxxxxxxxxxxx
> xxxxxxxxxxxxxx
> xxxxxxxxxxxxxxxxxx
> ------------------------
>
> www.cyclopstattoo.com

On Wednesday, September 19, 2018 2:48 PM, Jane Clausen <xxxxxxx@pixar.com> wrote:

Hi Sweet Cicely!

Hope your week is going well. I checked in with Emily and she said you've gotten all of your paperwork in, so thanks! We're processing that.

The next thing we'll need from you is an invoice. Will you send one through including your address, an invoice number and total amount? xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

As for my ask about Monday afternoon: Our team debating a bit if the bed in the back of the van would be too much in the way of a filming set up (It can't be removed easily, right?). If they are still wanting to do the drive around/film, are you still available to do that and have us "cash in" the credit for the day we didn't use? xxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxx since we agreed on that. ]

Thank you so much!
Jane

On Wed, Sep 12, 2018 at 4:16 PM Emily Engie XXXXXXXXX@pixar.com> wrote:
> Hi!
>
> I've just send along the Pixar new vendor forms (via Docusign link) so please let us know if you have any questions filling it out.
>
> Best,
> Emily
>
> On Mon, Sep 10, 2018 at 10:09 AM, Jane ClausenXXXXXXXXXXX@pixar.com> wrote:
>> Sweet Cicely,
>>
>> Hope your weekend has been fabulous! I'm including Emily Engie on this email as she's the person here who is going to get you paid for your wonderful service of letting us rent your van this week.
>>
>> While our legal team is getting the contract put together she's going to work on her end to get you set up in our system.
>>
>> Em, we've agreed to aXXXXXXXXXXXXXXXXXX And here's the address and phone Sweet Cicely has already given me:
>> Sweet Cicely Daniher



>> Let me know if I can provide any other info to either to get this going!
>>
>> Thanks so much,
>> Jane
>>
>> --

```
--
Emily Engie
1200 Park Ave.
Emeryville, CA 94608
```


attachment 1.pdf
213.4kB