# **EXHIBIT D**

## VEHICLE LEASE



Vehicle Rental Agt. (rev. 5/2016)

## VEHICLE LEASE



2

## VEHICLE LEASE



AGREED AND ACCEPTED:

*Sweet Cicely Daniher*
("Lessor")


PIXAR
("Producer")

By: *James M. Kennedy*
Print Name: James M. Kennedy

Its: SVP, Business Strategy & Chief Legal Counsel

3

## VEHICLE LEASE

## Exhibit "A"



Vehicle Rental Agt. (rev. 5/2016)

4