# **EXHIBIT E**

Sweet Cicely Daniher



# INVOICE

| DATE | INVOICE |
|---|---|
| 8/21/2018 | 1 |

**BILL TO:**

Pixar Studios
1200 Park Ave.
Emeryvillle, Ca 94608

| TERMS | PO NUMBER | PROJECT |
|---|---|---|
| check or venmo | | 72 Chevy van rental |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3.5 days | Rental of custom van for Pixar special event | xxxxxxxxxxxxxxx | xxxxxxxx |

The grant on any license or right of copyright is conditioned on receipt of full payment. The Designer retains ownership of all original artwork, whether preliminary or final unless express release is given in writing.

**TOTAL DUE**