# **EXHIBIT H**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-183-283**

**Effective Date of Registration:**
December 13, 2019
**Registration Decision Date:**
December 19, 2019

## Title

        **Title of Work:** The Vanicorn

## Completion/Publication

    **Year of Completion:** 2014
  **Date of 1st Publication:** November 29, 2014
**Nation of 1st Publication:** United States

## Author

          **Author:** Sweet Cicely Daniher
    **Author Created:** 2-D artwork
**Work made for hire:** No
        **Citizen of:** United States
      **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Sweet Cicely Daniher
513 Valencia Street, Suite 2, San Francisco, CA, 94110, United States

## Rights and Permissions

           **Name:** Sweet Cicely Daniher
      **Telephone:** (415)621-2657
        **Address:** 513 Valencia Street
Suite 2
San Francisco, CA 94110 United States

## Certification

**Name:** J. Conor Corcoran  
**Date:** December 13, 2019

---

**Copyright Office notes:** Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article