1  J. CONOR CORCORAN, ESQUIRE (PA BAR ID. 89111)
   conor@jccesq.com
2  LAW OFFICE OF J. CONOR CORCORAN, P.C.
   1500 JFK Boulevard, Suite 620
3  Philadelphia, PA 19102
4  Tel: (215) 735-1135
   Fax: (215) 735-1175
5  Counsel for Plaintiff

6  JARED WEINSTOCK (SB# 252335)
   jaredweinstock@gmail.com
7  750 N. San Vicente Boulevard
   Los Angeles, CA 90069
8  Phone:  (310) 702-1224
   Fax:  (215) 735-1175
9
   Attorneys for Plaintiff
10 SWEET CICELY DANIHER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SWEET CICELY DANIHER, | **CASE NO. 20-cv-612** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S PRAECIPE FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| KORI RAE; PIXAR ANIMATION STUDIOS; PIXAR TALKING PICTURES; and WALT DISNEY MOTION PICTURES GROUP, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sweet Cicely Daniher, by and through her undersigned counsel, hereby dismisses the above captioned matter as to all Defendants without prejudice and without costs or fees to any party.

Respectfully Submitted,

LAW OFFICE OF J. CONOR CORCORAN, P.C.

Date:  March 19, 2020

*[signature]*

J. Conor Corcoran, Esquire
Attorney for Plaintiff Sweet Cicely Daniher
Pennsylvania Atty. I.D. No. 89111
1500 John F. Kennedy Boulevard
Suite 620
Philadelphia, PA 19102
Phone: (215) 735-1135
Fax: (215) 735-1175
Email:  conor@jccesq.com

Case No. 20-cv-612

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

2